UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DARNELL MCGARY, | CASE NO. C23-5388 BHS |
| Plaintiff, | ORDER |
| v. | |
| JAY INSLEE, et al., | |
| Defendant. | |

THIS MATTER is before the Court on Defendant Governor Jay Inslee's Motion for an Extension of Time to file an Answer, Dkt. 6. Inslee asks for an extension to July 31, 2023. Pro se Plaintiff McGary asserts that extending the time for an Answer will cause "irreparable harm" and will possibly cause "aggressiveness and exploitation" by unnamed persons. Dkt. 8.

The Motion is GRANTED and Inslee shall answer or otherwise defend under Federal Rule of Civil Procedure 12 by July 31, 2023.

IT IS SO ORDERED.

//

//

ORDER - 1

1  Dated this 13th day of June, 2023.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2